sion, First Department. May 2, 1913.) Action by Eugene Glaenzer against Elsie De Wolfe. H. M. Earle, of New York City, for appellant. C. L. Craig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GLIDDEN, Appellant, v. MILNE, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Charles H. Glidden against Paul D. Milne, individually and as administrator, etc. No opinion. Judgment affirmed, with costs. *Held*, that plaintiff has a complete remedy in Surrogate's Court for any improper disposition of assets by the administrator.

GOETTLICHER, v. WILLE et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Carolina Goettlicher against Carolina Wille and others, in which Rosanna Archer appeals. No opinion. Judgment (76 Misc. Rep. 361, 134 N. Y. Supp. 977) affirmed, without costs of this appeal, on the opinion of Mr. Justice Crane at Special Term.

GOLDEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Appeal from Special Term, New York County. Action by John Golden against the City of New York. From an order granting plaintiff's motion to restore the action to the trial calendar upon conditions, plaintiff appeals. Modified and affirmed. W. H. Griffin, of New York City, for appellant. C. L. Barber, of New York City, for respondent. PER CURIAM. The order appealed from is modified, by striking out the condition which requires the plaintiff to stipulate not to offer proof of his deafness as the result of his injury. In thus disposing of this appeal, we do not intend to intimate any opinion as to whether the evidence of the deafness of the plaintiff, under the pleadings as they stand, is competent, leaving that to be determined on the trial. As modified, the order is affirmed, without costs.

GOLDSTEIN, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Theresa M. Goldstein against Alexander Goldstein. N. Friedman, of New York City, for appellant. A. Levy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1121.

GOMBERT, Respondent, v. NIAGARA JUNCTION RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Ferdinand Gombert against the Niagara Junction Railway Company. PER CURIAM. Judgment and order reversed, and judgment directed for the defendant, dismissing the complaint upon the merits, with costs, including costs of this appeal. *Held*, that the uncontradicted evidence shows that the

141 N.Y.S.—71

plaintiff was guilty of contributory negligence as matter of law. KRUSE, J., dissents, and votes for affirmance.

GOODMAN, Respondent, v. KLING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Marx Goodman against William E. Kling. No opinion. Judgment and order affirmed, with costs.

GRANITE ASSOCIATES v. LIPPMAN REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by the Granite Associates against the Lippman Realty Company and others, impleaded with E. J. McLaughlin Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 1121) denied.

GRATTAN, Respondent, v. DOHERTY, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by George Grattan against Thomas F. Doherty. PER CURIAM. Motion granted, unless printed papers be served within 30 days, which appellant may do upon payment of $10 for opening his default and $10 costs of motion, in which case motion is denied.

GRAVES, Appellant, v. RUTH, Respondent. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by George D. Graves, as trustee, against Abraham Ruth impleaded. S. S. Myers, of New York City, for appellant. J. T. Davies, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re GREENBAUM. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of Nathan Greenbaum. No opinion. Referred to official referee. Settle order on notice.

GREENBERG, Respondent, v. KIELEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Marcus Greenberg against Timothy J. Kieley and Leopold Schiller. No opinion. Interlocutory judgment affirmed, with costs, with leave to appellant to withdraw his demurrer and answer upon the merits, within 20 days, upon payment of all costs to date.

GRIFFIN, Appellant, v. GRIFFIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Delos Griffin against Mary K. Griffin and another. No opinion. Judgment (77 Misc. Rep. 468, 137 N. Y. Supp. 3) affirmed, with costs.

GRISSINGER, Respondent, v. INTERNATIONAL RY. CO. et al., Appellant. (Su-